UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PALACIOS,<br><br>        Plaintiff,<br>  v.<br><br>HENRY D. NUNEZ, et al.,<br><br>        Defendants. | 1:08-cv-1996-AWI-SMS<br><br>ORDER DIRECTING THE CLERK TO FILE PLAINTIFF'S EX PARTE REQUEST FOR ADA ACCOMMODATION TO MEANINGFUL ACCESS TO COURT<br><br>ORDER DIRECTING THE CLERK TO FILE **UNDER SEAL** THE FIVE PAGES OF MEDICAL DOCUMENTATION AND CORRESPONDENCE SUBMITTED WITH THE EX PARTE REQUEST FOR ACCOMMODATION<br><br>INFORMATIONAL ORDER TO PLAINTIFF REGARDING CONSIDERATION OF THE REQUEST FOR ACCOMMODATION AT THE HEARING ON AN ORDER TO SHOW CAUSE PRESENTLY SET FOR August 21, 2009 |

    Plaintiff is proceeding pro se with a civil action in this Court involving claims relating to alleged unethical conduct by lawyers who previously represented Plaintiff, including unfair competition, fraud, RICO violations, legal malpractice, and breach of fiduciary duties. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

    The Court has received a document entitled "Ex parte Request

1

for ADA Accommodation to Meaningful Access to Court," that has been submitted by Plaintiff. Plaintiff has also submitted in connection with the request five pages of medical documentation interspersed with correspondence, and has requested that these materials remain confidential.

### I. Filing the Ex Parte Request

The Clerk IS DIRECTED to file in Plaintiff's ex parte request, consisting of five pages with an attached page of legal principles.

### II. Filing the Supporting Documentation under Seal

The Court finds that Plaintiff's privacy interest with respect to the private medical information in the five pages of documentation supporting the ex parte request outweighs any countervailing interest in disclosure at this point in the proceedings and constitutes a compelling reason for filing the documentation under seal. Fed. R. Civ. P. 26(c); Local Rule 39-141(a); Nixon v. Warner Communications, Inc., 435 U.S. 589, 598 (1978); Hagestad v. Tragesser, 49 F.3d 1434 (9th Cir. 1995); Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

Accordingly, the Clerk IS FURTHER DIRECTED to file the five pages of supporting documentation UNDER SEAL.

### III. Consideration of the Request at the Hearing Set for August 21, 2009

The Court notes that Plaintiff has been directed to appear before the Court personally on Friday, August 21, 2009, at 9:30 a.m. in courtroom 7 before the undersigned Magistrate Judge to show cause why the action should not be dismissed for lack of

2

1  prosecution.
2       Plaintiff IS INFORMED that the request for hearing will be
3  addressed by the Court at the hearing set for August 21, 2009, at
4  9:30 a.m. in courtroom 7 before the undersigned Magistrate Judge.

IT IS SO ORDERED.

**Dated:   August 14, 2009**              **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE