**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLORIA PALACIOS,<br><br>        Plaintiff,<br><br>    v.<br><br>HENRY D. NUNEZ, et al., WILLIAM<br>F. HANCOCK, JR., et al., and DOES<br>1 through 100,<br><br>        Defendants. | NO. 1:08-CV-01996-AWI-GSA<br><br>ORDER VACATING HEARING<br>DATE OF JANUARY 4, 2010<br>AND TAKING MATTERS<br>UNDER SUBMISSION |

    Defendant Nunez has noticed for hearing and decision a motion to dismiss, and Defendant Hancock has noticed for hearing and decision a motion to quash. The Defendants have joined in each other's motions. The matters were scheduled for hearing to be held on January 4, 2010. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition to each motion no later than December 21, 2009. Plaintiff failed to do so.

    Due to Plaintiff's failure to file a timely oppositions or notice of non-oppositions, she is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motions. See 78-230(c). The court has reviewed Defendants' motions and the applicable law, and has determined that the motions are suitable for decision without oral argument. See Local Rule 78-230(h).

///

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 4, 2010, is VACATED, and no party shall appear at that time. As of January 4, 2010, the court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     December 22, 2009**              /s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE